UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

DURWIN L. ABBOTT (#316843)

VERSUS

ANGELO A. TARVER, ET AL.

CIVIL ACTION

NO. 13-94-SDD-SCR

## RULING

The Court has carefully considered the *Complaint*[1], the record, the law applicable to this action, and the *Report and Recommendation*[2] of United States Magistrate Judge Stephen C. Riedlinger dated April 17, 2014. Plaintiff has filed an *Objection*[3] which the Court has also considered.

The Court hereby approves the *Report and Recommendation* of the Magistrate Judge and adopts it as the Court's opinion herein.

**ACCORDINGLY**, the Plaintiff's *Motion for Summary Judgment*[4] is DENIED, the Defendants' *Motion for Summary Judgment*[5] is GRANTED, and this action shall be dismissed.

Baton Rouge, Louisiana the 15 day of May, 2014.

SHELLY D. DICK, DISTRICT JUDGE
MIDDLE DISTRICT OF LOUISIANA

---

[1] Rec. Doc. 1.
[2] Rec. Doc. 29.
[3] Rec. Doc. 30.
[4] Rec. Doc. 24.
[5] Rec. Doc. 25.